**PROPOSED ORDER/COVER SHEET**

TO:        **Honorable Thomas S. Hixson**          RE:   **Charles CORBETT**
           **U.S. Magistrate Judge**

FROM:   **Silvio Lugo, Chief**                    Docket No.:   **3:26-cr-00073-EMC-1**
           **U.S. Pretrial Services Officer**

Date:      **May 29, 2026**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Jessica Portillo                                    (510) 637-3755

Pretrial Services Officer                        **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

☐   I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☐   Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐   Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

☑   I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated in italics below (All other conditions to remain in effect):

Pretrial Services respectfully recommends the following condition be **removed** from the defendant's bond:

1. *Defendant must submit to supervision by Pretrial Services and must report immediately upon release and thereafter as directed to Pretrial Services.*
2. *Defendant must not change residence or telephone number without prior approval of Pretrial Services.*

☐   Modification(s) in italics:

☐   Bail Revoked/Bench Warrant Issued.

☐   I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐   Other Instructions:

_____

**JUDICIAL OFFICER** _____    June 1, 2026 _____
                                                  **DATE**

Thomas S. Hixson
 U.S. Magistrate Judge